IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARXAVIER SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PETER TOLEDO, MATEUSZ JASINSKI, | ) | |
| DAVID ROLDAN, JONATHON GUZMAN, | ) | |
| ERNESTO AMPARAN, DANIEL DOHERTY, | ) | |
| ANDRES LIZARZABURO, JESSE OEINCK, | ) | |
| KYLE LANG, EMMANUEL ZAMBRANO, | ) | |
| KEVIN O'BRIEN, and CITY OF CHICAGO, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## COMPLAINT

NOW COMES the Plaintiff, MARXAVIER SMITH, by and through his attorney, GIGI GILBERT, and complaining of Defendants, PETER TOLEDO, MATEUSZ JASINSKI, DAVID ROLDAN, JONATHON GUZMAN, ERNESTO AMPARAN, DANIEL DOHERTY, ANDRES LIZARZABURO, JESSE OEINCK, KYLE LANG, EMMANUEL ZAMBRANO, KEVIN O'BRIEN and CITY OF CHICAGO, allege as follows:

### NATURE OF THE CASE

1.     This suit arises from the violation of civil rights of Plaintiff, MARXAVIER SMITH, for illegal seizure, false arrest, and illegal detention in violation of Title 42 U.S.C. § 1983 and state law claims for malicious prosecution, respondent superior and indemnification.

### JURISDICTION

2.     This action is brought pursuant to 42 U.S.C. § 1983 Jurisdiction is based upon 28 U.S.C. §§ 1331, 1332 and 1367. The Court has supplemental jurisdiction over the state law

1

claims pursuant to 28 U.S.C. § 1367 because the state law claims are so related to the federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

## VENUE

3.     The violation of civil rights alleged herein was committed within the Northern District of Illinois to wit: County of Cook, CITY OF CHICAGO. This action properly lies in the United States District Court, Northern District of Illinois, Eastern Division.

## PARTIES

4.     Plaintiff, MARXAVIER SMITH, ("SMITH"), is a 24 year old African American male who resides in Chicago, Illinois located in the Northern District of Illinois.

5.     Defendants, PETER TOLEDO ("TOLEDO"), MATEUSZ JASINSKI ("JASINSKI"), DAVID ROLDAN ("ROLDAN"), JONATHON GUZMAN ("GUZMAN"), ERNESTO AMPARAN ("AMPARAN"), DANIEL DOHERTY ("DOHERTY"), ANDRES LIZARZABURO ("LIZARZABURO"), JESSE OEINCK ("OEINCK"), KYLE LANG ("LANG"), EMMANUEL ZAMBRANO ("ZAMBRANO") and KEVIN O'BRIEN ("O'BRIEN") were at all times relevant hereto, employed by the Chicago Police Department, an agent of the CITY OF CHICAGO and acting under color of state law. The CITY OF CHICAGO is a municipal corporation.

## BACKGROUND

6.     On May 25, 2018, Plaintiff, SMITH, along with his passenger, were driving northbound in the area of 1450 N. Long Avenue in the CITY OF CHICAGO.

7.     Plaintiff, SMITH, was not committing any traffic or equipment violations at the time of the illegal stop and seizure.

2

8.     Defendant, TOLEDO, a sergeant who was driving an unmarked SUV, stopped and/or seized SMITH's vehicle approximately six blocks away for an alleged failure to stop at stop sign.

9.     After the illegal stop, Defendants, TOLEDO, JASINSKI, ROLDAN, GUZMAN AMPARAN, DOHERTY, LIZARZABURO, OEINCK, LANG, ZAMBRANO, and O'BRIEN illegally searched SMITH's vehicle without SMITH's consent or probable cause.

10.     After the illegal stop, Defendants, TOLEDO, JASINSKI, ROLDAN, GUZMAN AMPARAN, DOHERTY, LIZARZABURO, OEINCK, LANG, ZAMBRANO, and O'BRIEN falsely arrested SMITH without probable cause alleging that he had a gun under his driver's seat and controlled substances in his vehicle.

11.     SMITH was charged with Armed Habitual Criminal, four counts of Aggravated UUW, two counts of Felon Possession/Use of a Firearm, and Other Amount Narcotics.

12.     SMITH remained in custody, illegally detained, based on the false charges from May 25, 2018 until March 18, 2020 when all of the charges were *nolle prosequi* by the Cook County State's Attorney's Office and SMITH was released from custody.

### COUNT I - 42 U.S.C. § 1983 – ILLEGAL SEIZURE

13.     Each of the foregoing Paragraphs is incorporated as if restated fully herein.

14.     On or about May 25, 2018 Defendant TOLEDO illegally seized SMITH by stopping his vehicle without probable cause that he was committing any traffic violations or other crimes.

15.     Defendant, TOLEDO violated Plaintiff, SMITH's Fourth Amendment rights under the United States Constitution to be free from illegal seizure in violation of 42 U.S.C. § 1983.

16.     Defendant, TOLEDO's illegal seizure of SMITH was done with malice and/or reckless indifference to his federally protected rights.

17.     As a direct and proximate result of Defendant TOLEDO'S actions, SMITH, suffered and continues to suffer mental anguish, psychological and emotional distress, pain and suffering, economic losses, some or all of which may be permanent.

WHEREFORE, Plaintiff, MARXAVIER SMITH, prays that this Honorable Court enter a judgment in his favor and against Defendant, DAVID ROLDAN, for the following relief:

(a)  Compensatory damages in an amount to be determined at trial;

(b)  Punitive damages in the amount to be determined at trial;

(c)  Reasonable attorneys' fees and costs; and

(d)  Such other and further relief as this court deems reasonable.

### COUNT II – 42 U.S.C. § 1983 – ILLEGAL SEARCH

18.     Each of the foregoing Paragraphs is incorporated as if restated fully herein.

19.     After Defendant TOLEDO illegally stopped and seized SMITH's vehicle the sergeant called for backup.  Defendants, JASINSKI, ROLDAN, GUZMAN, AMPARAN, DOHERTY, LIZARZABURO, OEINCK, LANG, ZAMBRANO, and O'BRIEN responded to assist.

20.     Without the consent of SMITH or probable cause Defendants, TOLEDO, JASINSKI, ROLDAN, GUZMAN, AMPARAN, DOHERTY, LIZARZABURO, OEINCK, LANG, ZAMBRANO, and O'BRIEN ordered SMITH and his passenger to exit the vehicle and illegally searched the vehicle while they detained SMITH and his passenger.

21.     Defendants, TOLDEO, JASINSKI, ROLDAN, GUZMAN, AMPARAN, DOHERTY, LIZARZABURO, OEINCK, LANG, ZAMBRANO, and O'BRIEN violated

Plaintiff, SMITH's Fourth Amendment rights under the United States Constitution to be free from illegal searches and seizures in violation of 42 U.S.C. § 1983.

22.     Defendants, TOLEDO, JASINSKI, ROLDAN, GUZMAN, AMPARAN, DOHERTY, LIZARZABURO, OEINCK, LANG, ZAMBRANO, and O'BRIEN's illegal search of SMITH's vehicle was done with malice and/or reckless indifference to his federally protected rights.

23.     As a direct and proximate result of Defendants TOLEDO, JASINSKI, ROLDAN, GUZMAN, AMPARAN, DOHERTY, LIZARZABURO, OEINCK, LANG, ZAMBRANO, and O'BRIEN'S actions, SMITH, suffered and continues to suffer mental anguish, psychological and emotional distress, pain and suffering, economic losses, some or all of which may be permanent.

WHEREFORE, Plaintiff, MARXAVIER SMITH, prays that this Honorable Court enter a judgment in his favor and against Defendants, PETER TOLEDO, MATEUSZ JASINSKI, DAVID ROLDAN, JONATHON GUZMAN, ERNESTO AMPARAN, DANIEL DOHERTY, ANDRES LIZARZABURO, JESSE OEINCK, KYLE LANG, EMMANUEL ZAMBRANO, and KEVIN O'BRIEN, for the following relief:

(a)  Compensatory damages in an amount to be determined at trial;

(b)  Punitive damages in the amount to be determined at trial;

(c)  Reasonable attorneys' fees and costs; and

(d)  Such other and further relief as this court deems reasonable.

**COUNT III – 42 U.S.C. § 1983 – ILLEGAL DETENTION**

24.     Each of the foregoing Paragraphs is incorporated as if restated fully herein.

25.     After Defendant TOLEDO illegally stopped and Defendants, TOLEDO, JASINSKI, ROLDAN, GUZMAN, AMPARAN, DOHERTY, LIZARZABURO, OEINCK,

LANG, ZAMBRANO, and O'BRIEN illegally searched SMITH's vehicle the Plaintiff was arrested and charged with the above offenses.

26.     SMITH remained in custody without a bond unreasonably detained or seized without probable cause to believe that he committed these offenses from May 25, 2018 until March 18, 2020 when all of the charges were *nolle prosequi* by the Cook County State's Attorney's Office.

27.     Defendants, TOLDEO, JASINSKI, ROLDAN, GUZMAN, AMPARAN, DOHERTY, LIZARZABURO, OEINCK, LANG, ZAMBRANO, and O'BRIEN violated Plaintiff, SMITH's Fourth Amendment rights under the United States Constitution to be free from illegal and unreasonable detention in violation of 42 U.S.C. § 1983.

28.     Defendants, TOLEDO, JASINSKI, ROLDAN, GUZMAN, AMPARAN, DOHERTY, LIZARZABURO, OEINCK, LANG, ZAMBRANO, and O'BRIEN's illegal and unreasonable detention of SMITH was done with malice and/or reckless indifference to his federally protected rights.

29.     As a direct and proximate result of Defendants TOLEDO, JASINSKI, ROLDAN, GUZMAN, AMPARAN, DOHERTY, LIZARZABURO, OEINCK, LANG, ZAMBRANO, and O'BRIEN'S actions, SMITH suffered and continues to suffer mental anguish, psychological and emotional distress, pain and suffering, economic losses, some or all of which may be permanent.

WHEREFORE, Plaintiff, MARXAVIER SMITH, prays that this Honorable Court enter a judgment in his favor and against Defendants, PETER TOLEDO, MATEUSZ JASINSKI, DAVID ROLDAN, JONATHON GUZMAN, ERNESTO AMPARAN, DANIEL DOHERTY, ANDRES LIZARZABURO, JESSE OEINCK, KYLE LANG, EMMANUEL ZAMBRANO, and KEVIN O'BRIEN, for the following relief:

(a)  Compensatory damages in an amount to be determined at trial;

(b)  Punitive damages in the amount to be determined at trial;

(c)  Reasonable attorneys' fees and costs; and

(d)  Such other and further relief as this court deems reasonable.

## COUNT IV -MALICIOUS PROSECUTION-STATE LAW

30.     Defendant, ROLDAN, in conjunction with the other Defendants TOLEDO, JASINSKI, GUZMAN, AMPARAN, DOHERTY, LIZARZABURO, OEINCK, LANG, ZAMBRANO, and O'BRIEN commenced and/or continued criminal proceedings against SMITH by charging him with Armed Habitual Criminal, four counts of Aggravated UUW, two counts of Felon Possession/Use of a Firearm, and Other Amount Narcotics in the Circuit Court of Cook County, Illinois.

31.     Defendants did not have probable cause or legal justification to commence or continue these criminal proceedings against SMITH.

32.     On March 18, 2020 the criminal proceedings were resolved in SMITH' favor in that all of the charges were *nolle prosequi* by the Cook County State's Attorney's Office.

33.     As a direct and proximate result of Defendants' actions, Plaintiff, SMITH suffered and continues to suffer mental anguish, psychological and emotional distress, pain and suffering, and economic losses, some or all of which may be permanent.

WHEREFORE, Plaintiff, MARXAVIER SMITH, prays that this Honorable Court enter a judgment in their favor and against Defendants, PETER TOLEDO, MATEUSZ JASINSKI, DAVID ROLDAN, JONATHON GUZMAN, ERNESTO AMPARAN, DANIEL DOHERTY, ANDRES LIZARZABURO, JESSE OEINCK, KYLE LANG, EMMANUEL ZAMBRANO, and KEVIN O'BRIEN, for the following relief:

(a) Compensatory damages in an amount to be determined at trial;

(b) Punitive damages in the amount to be determined at trial;

(c) Such other and further relief as this court deems reasonable.

## COUNT V -RESPONDEAT SUPERIOR- STATE LAW

34.    Each of the foregoing Paragraphs is incorporated as if restated fully herein.

35.    In committing the acts described in the preceding paragraphs, Defendants, TOLEDO, JASINSKI, GUZMAN, AMPARAN, DOHERTY, LIZARZABURO, OEINCK, LANG, ZAMBRANO, and O'BRIEN were members and agents of the Chicago Police Department an agent of the CITY OF CHICAGO and acting at all relevant times within the scope of their employment.

36.    Defendant, CITY OF CHICAGO, is liable as principal for all torts committed by its agents.

WHEREFORE, Plaintiff, MARXAVIER SMITH, prays that this Honorable Court enter a judgment in his favor and against Defendant, CITY OF CHICAGO for the following relief:

(a) Compensatory damages in an amount to be determined at trial;

(b) Reasonable attorney's fees and costs; and

(c) Such other and further relief as this court deems reasonable.

## COUNT VI- INDEMNIFICATION- STATE LAW

37.    Each of the foregoing Paragraphs is incorporated as if restated fully herein.

38.    Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

39.     Defendants, TOLEDO, JASINSKI, GUZMAN, AMPARAN, DOHERTY, LIZARZABURO, OEINCK, LANG, ZAMBRANO, and O'BRIEN, were employees of the Chicago Police Department an agent of the CITY OF CHICAGO, acting within the scope of their employment in committing the misconduct described herein.

WHEREFORE, Plaintiff, MARXAVIER SMITH, prays that this Honorable Court enter a judgment in his favor and against Defendant, CITY OF CHICAGO for the following relief:

(a)  Compensatory damages in an amount to be determined at trial;

(b)  Reasonable attorney's fees and costs; and

(c)  Such other and further relief as this court deems reasonable.

Respectfully Submitted,

By: //s// Gigi Gilbert_____

Gigi Gilbert
Attorney for Plaintiff
53 W. Jackson, Suite #356
Chicago, IL 60604
(312) 554-0000
(312) 554-0015 fax
A.R.D.C.#: 6199394
gigigilbert@gigigilbert.com